DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARISA C. SMITH,**
Appellant,

v.

**SHOMA HOMES AT NAUTICA SINGLE FAMILY NEIGHBORHOOD ASSOCIATION, INC.** and **MIRETG INVESTMENTS,**
Appellees.

No. 4D2023-0994

[February 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE20015682.

Marisa C. Smith, Miramar, pro se.

Raymond A. Piccin of Bakalar & Associates, P.A., Boca Raton, for appellee Shoma Homes at Nautica Single Family Neighborhood Association, Inc.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellee MIRETG Investments.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***